No. 1248. GAULT ET AL. *v.* OKLAHOMA EX REL. COBB, ATTORNEY GENERAL. June 4, 1945. Petition for writ of certiorari to the Criminal Court of Appeal of Oklahoma denied. *Mr. William Joseph Hulsey* and *Mrs. Lena Hulsey* for petitioners.

No. 1251. WESTERN STATES MACHINE Co. *v.* S. S. HEPWORTH Co. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Albert C. Johnston* and *Nelson Littell* for petitioner. *Mr. Charles H. Howson* for respondent.

No. 1252. TEXAS & PACIFIC RAILWAY Co. *v.* RILEY, ADMINISTRATRIX. June 4, 1945. Petition for writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District, of Texas, denied. *Messrs. Henry D. Akin, M. E. Clinton* and *J. T. Suggs* for petitioner. *Mr. S. P. Jones* for respondent.

No. 1256. BOSTON & MAINE RAILROAD *v.* CABANA. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis P. Garland* for petitioner. *Mr. Philip Nichols* for respondent.

No. 1268. DUDLEY ET AL., CONSTITUTING THE STOCK-HOLDERS' PROTECTIVE COMMITTEE, *v.* MEALEY, TRUSTEE, ET AL. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George C. Vournas* for petitioners. *Mr. Charles E. Nichols* for respondents.